ACCEPTED
04-15-00623-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/30/2015 5:43:53 PM
KEITH HOTTLE
CLERK



**Strasburger**
ATTORNEYS AT LAW

October 30, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/30/2015 5:43:53 PM
KEITH E. HOTTLE
Clerk

JUDITH R. BLAKEWAY
210.250.6001
judith.blakeway@strasburger.com

### REQUEST FOR DOCUMENTS TO BE INCLUDED
### IN SUPPLEMENTAL CLERK'S RECORD

TO:   Ms. Teresa Guerra
      Court Clerk, Probate Court No. 2
      100 Dolorosa, Room 117
      San Antonio, Texas  78205

FR:   Judith R. Blakeway
      Attorney for Appellant, Pamela Ann Childs McCaskill

RE:   Defendant's request for documents to be included in the clerk's record for Cause No.
      2014-PC-0056; *In the Estate of Marjorie A. Childs, Deceased*, in the Probate Court No. 2
      of Bexar County, Texas

On October 2, 2015, Defendants filed a request for documents to be included in the Clerk's Record. Among the documents requested was Defendant Pamela Ann Child McCaskill's Response to Plaintiff's Cross Motion for Partial Summary Judgment and No Evidence Motion for Partial Summary Judgment, filed on September 11, 2015. Attached and e-filed with the response were the following exhibits which were not included in the Clerk's record filed with the Court:

1.   All deposition exhibits (Nos. 27–60) to **Exhibit B** (Transcript of July 29, 2015 deposition of Mollie Allen Childs). (Exhibits are linked to that transcript and can be easily accessed either by clicking on the highlighted exhibit numbers at page 4 of the transcript, or by clicking on the paper clip icon for attachments to the left of the screen).

2.   Remaining Parts **4 – 14** of Pamela McCaskill's response to Motion for Summary Judgment, which include the final portion of Exhibit E, as well as Exhibits F–L. (These missing chunks are designated separately on the court's docket as Parts 4–14 of Pamela McCaskill's response):

     **Exhibit E:** Transcript of June 26, 2015 deposition of Mike Donelson (beginning at Filing Part 4, marked p. 203);

**Strasburger & Price, LLP**

2301 Broadway 434091.0 San Antonio, Texas 78215- 1157  |  210.250.6000 tel  |  210.250.6100 fax  |  www.strasburger.com

Austin  |  Collin County  |  Dallas  |  Houston  |  San Antonio  |  New York  |  Washington, D.C.  |  Mexico City - Strasburger & Price, SC



**Exhibit F:** Transcript of June 26, 2015 deposition of James Randy Beck, with Exhibits 1–5;

**Exhibit G:** Transcript of June 16, 2012 recorded conversation between Pamela McCaskill and Marjorie A. Childs;

**Exhibit H:** Documents produced by CPA Mike Donelson which were previously withheld as privileged;

**Exhibit I:** 1993 Trust Agreement;

**Exhibit J:** Plaintiff's original and amended responses to Defendant Pamela McCaskill's Request for Production;

**Exhibit K:** Plaintiff's First Amended Petition and Answer to Counterclaims of Susan Kaye Addison and Pamela Ann Childs McCaskill;

**Exhibit L:** Transcript of the August 20, 2015 deposition of Frances Perkins, with exhibits 1–5.

I am requesting that the Clerk's Record be supplemented with these exhibits.

By copy of this letter, I am notifying all counsel of record of this request, as well as the Court of Appeals.

Respectfully submitted,

STRASBURGER & PRICE, LLP

By: */s/ Judith R. Blakeway*
JUDITH R. BLAKEWAY
State Bar No. 02434400
judith.blakeway@strasburger.com
2301 Broadway
San Antonio, Texas 78215
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

**ATTORNEYS FOR APPELLANT
PAMELA ANN CHILDS McCASKILL**


## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2015, a true and correct copy of the above and foregoing Request for Documents to be Included in the Clerk's Record has been transmitted in accordance with the requirement of the Texas Rules of Civil Procedure, addressed as follows:

Rudy A. Garza
rugar@hfgtx.com
Charles M. Hornberger
boxy@hfgtx.com
David Jed Williams
jwilliams@hfgtx.com
Stephanie L. Curette
scurette@hfgtx.com
Hornberger Sheehan Fuller & Garza, Inc.
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209
Telephone:     (210) 271–1700
Facsimile:      (210) 271–1730

Ben A. Wallis, III
Ben A. Wallis Law PC
8200 IH 10 West #101
San Antonio, Texas 78230
baw3@wallislawsa.com

*Attorneys for Defendant*
*Susan Kaye Childs Addison*

*Attorneys for Plaintiff Mollie Allen Childs*

/s/ Judith R. Blakeway
Judith R. Blakeway

1980643.1/SPSA/34092/0102/103015